MSG

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Karima A. Hamilta

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s) )*

**FILED**

JUN 20 2019

KATE BARKMAN, Clerk
By_____Dep. Clerk

Amended

19 - 2599

- against -

Radnor Township Police Department;
Chief of Police Christopher Flanigan;
Radnor Township Deptartment of Community
Development; Kevin Kochanski
Radnor Township Community Development
Officer; Andrew Pan Coast
Radnor Township Health Officer;
Marie Corbonara
Bryn Mawr Fire Department Fire Company Chief;
Dan Kincade.
Radnor Township Manager; Robert Zienkowski

**COMPLAINT**

Jury Trial: ☐ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s) If you*
*cannot fit the names of all of the defendants in the space provided,*
*please write "see attached" in the space above and attach an*
*additional sheet of paper with the full list of names  The names*
*listed in the above caption must be identical to those contained in*
*Part I  Addresses should not be included here )*

Radnor Township Comissioner;
Sean Farhy

**I.** **Parties in this complaint:**

A.    List your name, address and telephone number.  If you are presently in custody, include your identification
number and the name and address of your current place of confinement.  Do the same for any additional
plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff     Name          _____

              Street Address _____

              County, City   _____

              State & Zip Code

              Telephone Number   215-394-7054 / Kabonakito@gmail.com

*Rev  10/2009*

B.  List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1

Name Chief of Police, Christopher Flanagan

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 2

Name Kevin Kochanski ; Radnor Township

Street Address Department of Community Development

County, City _____

State & Zip Code _____

Defendant No. 3

Name Andrew Pan Coast ; Radnor Twnslp

Street Address Community Development Officer

County, City _____

State & Zip Code _____

Defendant No. 4

Name Marie Carbonara Radnor Township

Street Address Health Officer

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    Q  Federal Questions            Q  Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

Defendant No 5 | Bryn Mawr Fire Company
Chief; Dan Kirk Kincade;

Defendant No 6 Radnor Township
Manger; Robert Zienkowski

Defendant No 7 Radnor Township
Commissioner; Sean Farhy

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _____

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

<table>
<tr><td>What happened to you?</td><td>C.    Facts: _____</td></tr>
</table>

Who did what?

Was anyone else involved?

Who else saw what happened?

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of _____ _____     _____ __ __ , 20_____.


Signature of Plaintiff _____. _____ _ ___

Mailing Address _____ _  _____ _____

___ _ _____ _ _____

_____ _____ _  _____

Telephone Number  _ _____ .  _____

Fax Number *(if you have one)* __ _____ __ _   _____

E-mail Address  _____ _ _ _____ _ _  _____


Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.


For Prisoners:

I declare under penalty of perjury that on this _ __ day of _____ _  ___   _ _ _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.


Signature of Plaintiff: _____

Inmate Number  _ __        __.       _ _ _     _ _ __

## **Important Privacy Notice**

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, <u>personal identifying information in Court filings must be limited as follows</u>:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.