# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARIMU HAMILTON, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 19-cv-2599 |
| RADNOR TOWNSHIP, <u>ET AL.</u>, | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW,** this 25th day of June, 2019, upon consideration of Plaintiff Karimu Hamilton's Motion to Proceed *In Forma Pauperis* (ECF No. 1), the Complaint (ECF No. 2), and the Amended Complaint (ECF No. 5), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint and Amended Complaint are **DEEMED** filed.

3. The Amended Complaint, which is the governing pleading in this case, is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons in the Court's Memorandum.

4. Hamilton is given thirty (30) days to file a second amended complaint. Any second Amended complaint must identify all defendants in the caption of the amended complaint and shall state the basis for Hamilton's claims against each defendant. Defendants who are not named in the caption will not be treated as defendants in this case. When drafting her amended complaint, Hamilton should be mindful of the Court's reasons for dismissing her claims as explained in the Court's Memorandum. Hamilton shall not rely mostly on exhibits to state a claim, rather,

she must set forth factual allegations explaining the basis for her claim against each defendant. Upon the filing of a second amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court shall send Hamilton a blank copy of the Court's form general complaint to be used by a *pro se* plaintiff bearing the above civil action number. Hamilton may use this form to file her second amended complaint if she chooses to do so.

6. If Hamilton fails to comply with this Order, her case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**