Hamilton, Karimu

vs.   19-2599

MSG Dhs Department of Welfare Crosby Center
Office of Inspector
Generals Office Peter Maldonadi
The Change Center

Plantiff FACTS is an American.

1. I was put out of home by Radnor Township Police Department Radnor Township Fire Department, Radnor Township Department of Community development.

Under the guise of a "welfare check" the Radnor township Police Department and The Radnor Township Department of Community Development "fabricated" reports of "cyinide gas" coming from the home to secure an administrative warrant from to enter home.

USDC-EDPA

2. On that day hamilton filed a federal claim under ~~due process~~ ~~violation~~
    a. due process vidation
    b. race discrimination
    c. gender discrimination
    d. retaliation intent.
    e. malicious ~~prosecution~~.

3. Hamilton had relocated at least 3 times since she and her daughter were put out of her home and did not have permission from landlords to utilize address for welfare benefits

4. Hamilton did not have a permanant address and was given a P.O. box from ~~an~~ the Norristown Hospitality Center which would allow her to apply for benefits.

5. Hamilton was sent a re-certificat letter in August from the

Crosby Department of Welfare

6. Hamilton completed application appropiately, noted that there were changes in the household. She no longer lived at address but provided the address along with Norristown Hospitality Center Address

7. The Crosby Center denied the letter and requested hamilton refill the application

8. Hamilton received a notice ~~requesting~~ stating case has been closed on but could request to keep benefits open until fair hearing

9. Hamilton choose that option to continue benefits until fair hearing

10. Caseworker closed case anyway
    ① due process violation

11. The scheduled fair hearing never happened. Agency alleges they called, they did not

12. Caseworker Agency submitted caseload to "Office of Inspector generals office" citing "Address fraud" after I provided agency with documents establishing that I was w/out an address due to the condemnation of home.

The agency transformed the narrative from me being homeless or without an address to me comitting a crime "address fraud".

13. The Office of Inspector General and the Department of Human Services continue to investigate and follow me.

14. ~~To meet the Pattern of a Crime DHS in Mor~~ Crosby office did an Exparte ~~to~~

14. Office of Inspector General Agent Peter Maldonaldi went to my great cousins house and asked her if i lived there.

- This was after I had already established to agency the circumstances of housing situation.

15. I did speak with the OIG inspector, faxed him the necessary documents, Proof of my circumstances welfare with DHS

16. Plantiff allowed all cases to close and was self sustaining while paying

17.

~~17.~~
medical expenses based on the sliding scale fee according to income.

17. <u>DHS Crosby Center</u> ~~to meet the pattern of a crime~~ persisted; and without my knowing, without my consent, without my communication did on <u>ex-parte review</u> and not only signed both my daughter and I for medicare but also choose our benefit plan.

18. Plaintiff sent an email requesting to the agency via the change center as to why would they enroll my daughter and I in medicare benefits w/o my permission when I already told them I was no longer interested?

The case worker responded regarding stating ~~that~~ that I then ~~req~~ asked why would you not then ex parte review my application for food stamps as well. She responded that we have you address listed as "Unknown"

hamilton is requesting to proceed with this complaint under the following claims

1. due process
2. malicious intent ~~malicious prosecution~~
3. harassment

Under the color of law
Section 242 of Title 18 makes it a crime for a person acting under color of law to willfully deprive a person of a right or privilege protected by the constitution

hamilton currenty ~~does and not to be fadeonic~~ still lives in a transitory space. does not have permanent address hamilton attempted to apply for benefits due to the fact that her unemployment benefits are "in progress"

Hamilton is ~~not~~ unable to apply for benefits online. The application process reads as an error message. hamilton contacted agency several times via change center no one has returned her calls.

#

Contact Info:

267-270-8906

Karimu Hamilton

215-270 8906
hamilton.karimu@gmail.co
30 Garrett avenue
Bryn Mawr Pa 19010

Caption

Hamilton
          Vs
DHS Crosby Center
Office of Inspector
General
Peter Maldonaldi    et al

need prose
and info papers docs