# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARIMU HAMILTON, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 19-cv-2599 |
| RADNOR TOWNSHIP, ET AL., | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 22nd day of June, 2021, upon consideration of Defendant Justin and Rachel Ridgeway's "Motion to Dismiss Plaintiff's Third Amended Complaint" (ECF No. 59), Plaintiff's response (ECF No. 61), the "Motion for Partial Dismissal under Federal Rule of Civil Procedure 12(b)(6) of Plaintiff's Third Amended Complaint" on behalf of Defendants Flanagan, Kochanski, Patterson, Racht, Lacy, Gluck, Geaves, and Pacoast (collectively, the "Radnor Defendants") (ECF No. 60), Plaintiff's response (ECF No. 62), Defendant Bryn Mawr First Company's "Motion to Dismiss Plaintiff's Third Amended Complaint" (ECF No. 68), and Plaintiff's response (ECF No. 70), it is hereby **ORDERED** that:

1. The Ridgeway Defendants' Motion to Dismiss (ECF No. 59) is **DENIED**.

2. The Radnor Defendants' Motion to Dismiss (ECF No. 60) is **GRANTED**, such that Count Two of Plaintiff's Third Amended Complaint is **DISMISSED with prejudice**.

3. The Bryn Mawr First Fire Company's Motion to Dismiss (ECF 68) is **DENIED**.

4. **Within two (2) weeks of the date of this Order**, Defendants shall answer Plaintiff's Third Amended Complaint.

**BY THE COURT:**

***/s/ Mitchell S. Goldberg***

**MITCHELL S. GOLDBERG, J.**