IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **KARIMU HAMILTON,** | : | CIVIL ACTION |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 19-cv-2599 |
| | : | |
| **RADNOR TOWNSHIP, ET AL.,** | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

### ORDER

**AND NOW**, this 29th day of February, 2024, upon consideration of Defendant Justin and Rachel Ridgeway's (the "Ridgeway Defendants") Motion for Summary Judgment (ECF No. 192), Plaintiff's response (ECF No. 208); Defendants Flanagan, Kochanski, Patterson, Racht, Lacey, Gluck, Geaves, and Pancoast's (collectively, the "Radnor Defendants") Motion for Summary Judgment (ECF No. 196), Plaintiff's response (ECF No. 208); and Defendant Bryn Mawr Fire Company's (the "Bryn Mawr Defendant") Motion for Summary Judgment (ECF No. 193), and Plaintiff's response (ECF No. 208), it is hereby **ORDERED** that:

1. The Ridgeway Defendants' Motion for Summary Judgment (ECF No. 192) is **GRANTED.**

2. The Radnor Defendants' Motion for Summary Judgment (ECF No. 196) is **GRANTED**.

3. The Bryn Mawr Defendant's Motion for Summary Judgment (ECF No. 193) is **GRANTED.**

4. The Radnor Defendants' "Motion to Preclude the Testimony of Mickie W. McComb" (ECF No. 203) is **DENIED AS MOOT.**

5. **JUDGMENT** is **ENTERED** in favor of Defendants and against Plaintiff on all claims in the Complaint.  The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**