UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1567

_____

KARIMU HAMILTON,

Appellant

v.

CHRISTOPHER B. FLANAGAN; ANDREW PANCOAST; KEVIN KOCHANSKI;
RACHEL RIDGEWAY; JUSTIN RIDGEWAY;
RADNOR POLICE OFFICERS Nos. 1, 2, 3, 4, and 5;
SHAWN PATTERSON; STEPHANIE RACHT; PATRICK LACEY;
SGT. CHRISTOPHER GLUCK; BRETT GEAVES; BRYN MAWR FIRE COMPANY

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:19-cv-02599)
Chief District Judge: Honorable Mitchell S. Goldberg

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on December 13, 2024

Before: BIBAS, CHUNG, and ROTH, *Circuit Judges*

_____

JUDGMENT

_____

This cause came to be considered on the record from the U.S. District Court for the
Eastern District of Pennsylvania and was submitted under Third Circuit L.A.R. 34.1(a) on
December 13, 2024.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgment entered on February 29, 2024, is hereby **AFFIRMED**. Costs will be taxed against Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: December 17, 2024

Certified as a true copy and issued in lieu
of a formal mandate on _January 29, 2025_

Teste: _Patricia A. Dodszuweit_
**Clerk, U.S. Court of Appeals for the Third Circuit**